In the Matter of the Claim of ANDREW JANSAK, Respondent, against DRAGON PAPER MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of JOSEPH HUBER, Respondent, against CUTLER HAMMER MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of YETTA SANDBERG, Respondent, against SEYMOUR DRESS Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of WILHELMINA HOOKER, Respondent, against YORK OPERATING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of SARAH REIGLE, Respondent, against MONROE GOLF CLUB and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ANNIE SANKOV, Respondent, against STANDARD PNEUMATIC ACTION COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

F. F. CRANNELL LUMBER COMPANY, Appellant, v. JAMES J. SHERRY and Another, Respondents, and Another.— Motion granted by default, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

ALEX LEVINSON, Doing Business under the Trade Name of SULLIVAN COUNTY PRODUCE COMPANY, Respondent, v. MORRIS FISHBEIN, Appellant.— Motion granted unless the appellant perfects his appeal and files papers on or before October 15, 1929, in which case motion is denied. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

ANTHONY W. HOFFMAN, Respondent, v. AARON KLAYMAN, Appellant.— Motion granted by default, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.